926

No. 832. WORLD AIRWAYS, INC., ET AL. v. NATIONAL MEDIATION BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Jerome C. Byrne* for petitioners. *Solicitor General Marshall* for respondents.

No. 851. BRENNAN v. GROVER ET AL. Sup. Ct. Colo. Certiorari denied. Petitioner *pro se*. *Charles E. Grover, pro se,* and for other respondents.

No. 861. FORGETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Charles J. Irwin* and *Eugene Gressman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 888. UNITED BISCUIT CO. OF AMERICA v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *William Simon, John Bodner, Jr.,* and *Clarence H. Ross* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Milton J. Grossman, James McI. Henderson* and *Miles J. Brown* for respondent.

No. 903. BRODERICK & BASCOM ROPE CO. v. MANGAN. C. A. 7th Cir. Certiorari denied. *Alvin G. Hubbard* and *Reese Hubbard* for petitioner. *James A. Dooley* for respondent.

No. 904. NESBITT v. UNITED STATES. Ct. Cl. Certiorari denied. *C. D. Ellison* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *Elizabeth Dudley* for the United States.